1  McGREGOR W. SCOTT
   United States Attorney
2  BOBBIE J. MONTOYA
   Assistant U. S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814-2322
4  Telephone: (916) 554-2700
   Fax:  (916) 554-2900
5  CARYN L. GOOT
   Special Assistant U.S. Attorney
6  333 Market Street, Suite 1500
   San Francisco, CA 94102
7  Telephone:  (916) 977-8943
   Fax:  (415) 744-0134
8
   Attorneys for Defendant
9
                IN THE UNITED STATES DISTRICT COURT
10
                FOR THE EASTERN DISTRICT OF CALIFORNIA
11

12  KENNETH JENNINGS,              CASE NO. **2:05-CV-00306-DAD**

13         Plaintiff,              STIPULATION AND ORDER
                                   REMANDING THE CASE TO THE
14     v.                          COMMISSIONER OF SOCIAL
                                   SECURITY AND DIRECTING THE
15  JO ANNE B. BARNHART,           CLERK TO ENTER JUDGMENT
    Commissioner of
16  Social Security,

17         Defendant.

18
        IT IS HEREBY STIPULATED by the parties, through their
19
   undersigned attorneys, and with the approval of the Court as
20
   provided below, that the Appeals Council has agreed to a
21
   voluntary remand of this case pursuant to sentence four of 42
22
   U.S.C. § 405(g) for further proceedings.
23
        Upon remand to an Administrative Law Judge (ALJ),
24
   Plaintiff's residual functional capacity (RFC) and ability to
25
   work should be further addressed taking into account the District
26
   Court remand and Chavez Acquiescence Ruling (AR) 97-4(9).
27

28 Stip & Order of Remand (Sentence 4) - 05-00306

1        It is further stipulated that the decision below is
2 hereby vacated and that the Clerk of this Court shall be directed
3 to enter a separate judgment herein, as provided for under Rules
4 58 and 79(a) of the Federal Rules of Civil Procedure, pursuant to
5 <u>Shalala v. Schaefer</u>, 509 U.S. 292, 113 S. Ct. 2625 (1993).
6        The parties further stipulate that Plaintiff's counsel
7 shall return a facsimile of this stipulation bearing his
8 signature for retention by Defendant's counsel, and that
9 Defendant shall e-file this stipulation pursuant to applicable
10 local rules.

11 DATED: May 24, 2006            /a/ David M. Shore
                                  DAVID M. SHORE
12                                Attorney at Law

13                                Attorney for Plaintiff

14
   DATED: May 24, 2006            McGREGOR W. SCOTT
15                                United States Attorney
                                  BOBBIE J. MONTOYA
16                                Assistant U. S. Attorney

17                            By: /s/ Bobbie J. Montoya for
                                  CARYN L. GOOT
18                                Special Assistant U. S. Attorney

19                                Attorneys for Defendant

20
   OF COUNSEL:
21 LUCILLE GONZALES MEIS
   Chief Counsel, Region IX
22 U.S. Social Security Administration

28 Stip & Order of Remand (Sentence 4) - 05-00306

ORDER

This matter is remanded pursuant to the stipulation of the parties.  The case is dismissed and the Clerk is directed to enter Judgment.

IT IS SO ORDERED.

DATED: May 30, 2006.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.socsec/jennings0306.stipord.remand

Stip & Order of Remand (Sentence 4) - 05-00306